## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| IN RE:    JERONE ALAN JACKSON, A/K/A<br>JERONE A. JACKSON, D/B/A<br>MY THREE JS LAWN SERVICE,<br>Debtor | CASE NO. 17-30655<br><br>CHAPTER 13 |
| RUSHMORE LOAN MANAGEMENT SERVICES,<br>LLC AS SERVICER FOR MTGLQ INVESTORS,<br>L.P. | MOVANT |
| VS. | |
| JERONE ALAN JACKSON, Debtor;<br>and GEORGE W. STEVENSON, Trustee | RESPONDENTS |

### OBJECTION TO CONFIRMATION

Comes now Rushmore Loan Management Services, LLC as servicer for MTGLQ Investors, L.P., a secured creditor of the above named Debtor, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Wilson & Associates, P.L.L.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtor, Jerone Alan Jackson, states:

1. Movant is the servicer of a promissory note, which is secured by a mortgage covering the real property listed in the Chapter 13 plan of Debtor, commonly known as 4213 Indian Brook Cove, Memphis, TN 38125.

2. Pursuant to 11 U.S.C. §1324, Movant objects to said Chapter 13 plan because the Debtor's plan provides for arrearages of $4,080.00. However, the arrearages in the Proof of Claim, are in amount of $12,637.22, pending approval. Debtor should modify their plan to provide for the correct arrearage and the ongoing payment.

    3.    Therefore, the plan does not meet all of the requirements for confirmation.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtor, and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

Respectfully Submitted,

WILSON & ASSOCIATES, P.L.L.C.

*/s/ Heather Martin-Herron*
Joel W. Giddens (016700)
James Bergstrom (20622)
Heather Martin-Herron (032248)
Angela Boyd Mathews (033125)
Michael G. Clifford (028691)
Michael N. Wennerlund (031332)

5050 Poplar, Suite 1015
Memphis, TN 38157
(901) 578-9914

Attorneys for Movant

**CERTIFICATE OF SERVICE**

On January 31, 2018, a copy of the foregoing was served via electronic mail, upon:

3

Gwen Hewitt
Attorney at Law
5050 Poplar Avenue, Suite 2400
Memphis, TN 38157

George W. Stevenson
Trustee
5350 Poplar Avenue, Suite 500
Memphis, TN 38119-3697

and sent via first class mail to:

   Jerone Alan Jackson
   Debtor
   4213 Indian Brook Cove
   Memphis, TN 38125

*/s/ Heather Martin-Herron*
  Joel W. Giddens (016700)
  Heather Martin-Herron (032248)
  Angela Boyd Mathews (033125)
  James Bergstrom (20622)

W&A. 120552 / Loan No. XXXXXX0749

3