**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Jerone Alan Jackson a/k/a Jerone A. Jackson, d/b/a My Three Js Lawn Service |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of Tennessee |
| Case number | 17-30655 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** MTGLQ Investors, L.P.    **Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: XXXXXX0749

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes.  Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late Charges | | (1) | |
| 2. Non-sufficient funds (NSF) fees | | (2) | |
| 3. Attorney fees | | (3) | |
| 4. Filing fees and court costs | | (4) | |
| 5. Bankruptcy/Proof of claim fees | 02/14/2018 | (5) | $900.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | |
| 7. Property inspection fees | | (7) | |
| 8. Tax advances (non-escrow) | | (8) | |
| 9. Insurance advances (non-escrow) | | (9) | |
| 10. Property preservation expenses. Specify: | | (10) | |
| 11. Other. Specify: | | (11) | |
| 12. Other. Specify: | | (12) | |
| 13. Other. Specify: | | (13) | |
| 14. Other. Specify: | | (14) | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1

| | | | |
|---|---|---|---|
| Debtor 1 | Jerone Alan Jackson | Case Number *(if known)* | 17-30655 |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

| | | | |
|---|---|---|---|
| */s/ James Bergstrom (20622)* Signature | | Date | 07/10/2018 |
| Print: | Joel W. Giddens, Heather Martin-Herron, James Bergstrom, Angela Boyd Mathews, & Jodie Thresher | Title | Attorneys |
| Company | Wilson & Associates, PLLC | | |
| Address | 5050 Poplar, Suite 1015  Memphis, TN 38157 | | |
| Contact phone | (901) 578-9914 | Email | jgiddens \| hmartin-herron \| jbergstrom \| amathews \| jthresher@thewilsonlawfirm.com |

**CERTIFICATE OF SERVICE**

On July 10, 2018, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was served electronically through the electronic case filing system (ECF) upon:

Gwen Hewitt  
Attorney at Law  
5050 Poplar Avenue, Ste 2400  
Memphis, TN 38157

George W. Stevenson  
Trustee  
5350 Poplar Avenue, Suite 500  
Memphis, TN 38119

and served via U.S. mail upon:

Jerone Alan Jackson  
Debtor  
4213 Indian Brook Cove  
Memphis, TN 38125

*/s/ James Bergstrom*

Joel W. Giddens (016700)  
Heather Martin-Herron (032248)  
Angela Boyd Mathews (033125)  
James Bergstrom (20622)  
Michael G. Clifford (028691)  
Jodie Thresher (025730)

W&A No. 120552