**Dated: September 17, 2018**
**The following is SO ORDERED:**

_____
Paulette J. Delk
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

In Re: Jerone Alan Jackson         Case # 17-30655
    Debtors.                                 Ch 13
_____
ORDER ON MOTION TO APPROVE LOAN MODIFICATION & MODIFY PLAN
_____

     Upon Motion and no objection, the loan modification is hereby approved. The Court approves the Loan Modification with MTGLQ Investors LP, Rushmore Loan Management Services, LLC, POB 55004, Irvine, CA 92619 bringing this loan current and modifying the monthly payments to $786.08 or as adjusted from time to time by the mortgage company due to escrow changes.
     The ongoing mortgage is to paid through the plan and the arrearage payment shall be deleted as pertains to the real property at 4213 Indian Brook Cove, Memphis, TN 38125.
     The plan payment shall be reduced accordingly.

    IT IS SO ORDERED.
                                             /s/ Gwenthian Hewitt

/s/ George W. Stevenson           5050 Poplar Ave, Ste 2400
Chapter 13 Trustee                 Memphis, TN 38157
                                         901-864-9977

                         Certificate of Service
I hereby certify that on 9/13/18 a copy of the foregoing has been sent by US Mail or electronic delivery to:   MTGLQ Investors LP, Rushmore Loan Management Services, LLC, POB 55004, Irvine, CA 92619
Debtor
Matrix
Creditor
/s/ Gwenthian Hewitt